NO. 07-02-0221-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 11, 2002

_____

JOE HALL AND ACCESS RESOURCES, INC., APPELLANTS

V.

FREDDIE STREIT, APPELLEE

_____

FROM THE 46TH DISTRICT COURT OF WILBARGER COUNTY;

NO. 22451; HONORABLE TOM NEELY, JUDGE

_____

Before QUINN and REAVIS and JOHNSON, JJ.

**ON UNOPPOSED MOTION TO DISMISS**

Appellants Joe Hall and Access Resources, Inc. filed separate accelerated notices of appeal challenging the trial court's order denying their motion for summary judgment. On July 3, 2002, appellants filed an unopposed motion to dismiss the appeal representing

that the parties have reached a full and complete settlement of all disputed issues and that they do not wish to prosecute this appeal.  We grant the motion and dismiss the appeal.

Without passing on the merits of the case, the motion is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1(a)(1).  Having dismissed the appeal pursuant to the parties' request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice

Do not publish.